DanaLynn T. Colao, Esq. (dcolao@saiber.com)
Vincent C. Cirilli, Esq. (vcirilli@saiber.com)
**SAIBER LLC**
7 Giralda Farms, Suite 360
Madison, New Jersey 07940
Tel: (973) 622-3333
Fax: (973) 622-3349
*Attorneys for Defendant,*
*The Trustees of Princeton University*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NICKOLAS SUK<br>207 Allendale Drive<br>Morrisville, PA 19067,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY d/b/a PRINCETON UNIVERSITY<br>701 Carnegie Center, Suite 442<br>Princeton, NJ 08544.<br><br>Defendants. | Civil Action No. 3:25-18180-ZNQ-JTQ<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Motion Date: April 6, 2026**<br><br>*Document Filed Electronically* |

**TO:** Ari R. Karpf, Esq.
**KARPF, KARPF & CERUTTI, P.C.**
8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
akarpf@karpf-law.com
*Attorneys for Plaintiff, Nickolas Suk*

**PLEASE TAKE NOTICE** that on **Monday, April 6, 2026 at 10:00 A.M.**, or as soon thereafter as counsel may be heard, defendant, The Trustees of Princeton University ("Defendant"), shall appear before the Honorable Zahid N. Quraishi, U.S.D.J., Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and shall move

this Court for an Order dismissing the Complaint filed by plaintiff, Nickolas Suk, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Defendant shall rely upon its Brief, any Reply papers to be submitted, and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Respectfully submitted,

**SAIBER LLC**
*Attorneys for Defendant,*
*The Trustees of Princeton University*

*/s/ DanaLynn T. Colao*
DANALYNN T. COLAO

Dated: March 13, 2026