**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**NICHOLAS SUK,**

Plaintiff,

v.

**THE TRUSTEES OF PRINCETON UNIVERSITY** *D/B/A PRINCETON UNIVERSITY*,

Defendant.

Civil Action No. 25-18180 (ZNQ) (JTQ)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendant The Trustees of Princeton University d/b/a Princeton University (hereinafter collectively referred to as "Defendant"). ("Motion," ECF No. 12.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **30th** day of **October 2026**

**ORDERED** that Defendant's Motion (ECF No. 12) is hereby **GRANTED**; it is further

**ORDERED** that Plaintiff's ADA and NJLAD claims (Counts I & II) are **DISMISSED** without prejudice; it is further

**ORDERED** that Plaintiff's FMLA and NJFLA claims (Counts III & IV) are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that, within 30 days, Plaintiff may file an Amended Complaint, limited to remedying the defects identified in the accompanying Opinion. Failure to cure the defects by that date may result in this matter being dismissed with prejudice.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**